# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2208
Lower Tribunal No. 18-22042
_____

**Mario Castano,**
Appellant,

vs.

**Luz Angela Ossa,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Mario Castano, in proper person.

Appellee precluded from filing an answer brief and from oral argument.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.